UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

AHMED RESSAM,

Defendant.

CASE NO. CR99-666C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defense Counsel's Motion regarding Mr. Ressam's letter to the Court (Dkt. No. 400), the Government's Response (Dkt. No. 401), and Defense Counsel's Reply (Dkt. No. 402). Having reviewed the arguments of the parties and finding oral argument unnecessary, the Court has determined that it is appropriate for the Court to read the translation of Mr. Ressam's letter. However, the Court will not do so until January 5, 2007.

DATED this 8th day of December, 2006.

BRUCE RIFKIN, Clerk of Court

By   /s/ C. Ledesma
Deputy Clerk

MINUTE ORDER – 1